[No. 35917-1-II.   Division Two.   October 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN A. MENCER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-1-00437-0, James B. Sawyer II, J., entered February 5, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Penoyar, J; Quinn-Brintnall, J., dissenting.

[No. 36378-0-II.   Division Two.   October 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KURT ALAN POUST, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-01230-5, Jay B. Roof, J., entered May 18, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[Nos. 36412-3-II; 36483-2-II.   Division Two.   October 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EUGENE BAKER, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES EUGENE BAKER, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05269-4, Sergio Armijo, Stephanie A. Arend, and Katherine M. Stolz, JJ., entered April 20, 2007, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Hunt, J.